IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 16 CV 2861 ) |
| VILLAGE OF SAUK VILLAGE, OFFICER REBECCA SAILSBERRY, #02, GARY LUKE, #128, OFFICER JOSHUA MORRIS, #122, OFFICER CHAD FREDERICKSON, #106, and OFFICER JACOB HOWARD, #114, | ) Judge Elaine E. Bucklo ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Now comes, Defendant, Village of Sauk Village ("Village"), by its attorneys, Odelson & Sterk, Ltd., pursuant to Federal Rule of Civil Procedure 6(b) and respectfully requests an extension of time until May 31, 2016 to answer or otherwise plead in this matter. In support of this motion, Defendant states as follows:

1. This matter was filed by Plaintiff on or about March 4, 2016.

2. Odelson & Sterk, Ltd., attorneys filed their appearances on April 14, 2016 on behalf of the Village.

3. Defense counsel for the Village have not filed responsive pleadings in this matter on behalf of the Village.

4. Defense counsel respectfully moves for this extension of time to gather all relevant materials in order to formulate a response to Plaintiff's allegations in the complaint.

5. A granting of this motion will not prejudice the Plaintiff in this case and will prejudice the Village should this motion be denied.

1

6. Plaintiff's counsel does not object to the Village's request for additional time to answer or otherwise plead.

7. This motion is not brought for the purposes of delaying this litigation, but rather to provide the Village additional time to answer or otherwise plead in this matter. This is the first request of the Village for an extension of time.

**WHEREFORE,** Defendant, the Village of Sauk Village, requests that this Court enter an order, pursuant to Federal Rules of Civil Procedure 6(b), granting the Village until May 31, 2016 to answer or otherwise plead to Plaintiff's complaint.

                                      Respectfully submitted,

                                      Village of Sauk Village,

                              By:  s/ Michael K. Smith
                                      One of its Attorneys

Leslie Quade Kennedy
Michael K. Smith
Mary R. Norwell
ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, IL  60805
(708) 424-5678
msmith@odelsonsterk.com