**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHIRLEY MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 16 cv 2861 |
| ) | |
| VILLAGE OF SAUK VILLAGE, OFFICER ) | Judge Bucklo |
| REBECCA SAILSBERRY, #02, GARY ) | |
| LUKE, #128, OFFICER JOSHUA MORRIS, ) | |
| #122, OFFICER CHAD FREDERICKSON, ) | |
| #106, and OFFICER JACOB HOWARD, #114, ) | |
| ) | |
| Defendants. ) | |

**Report of Parties' Planning Meeting**

1. **Meeting.** Pursuant to FED. R. CIV. P. 26(f), a meeting was held on electronically and was attended by: counsel for all parties.

2. **Pretrial Schedule**. The parties jointly propose to the court the following discovery plan:
   - Plaintiff(s) to amend pleadings by 12/31/16.
   - Plaintiff(s) to add any additional parties by 12/31/16.
   - Defendant(s) to amend pleadings by 12/31/16.
   - Defendant(s) to add any additional parties by 12/31/16.

3. **Discovery.** Discovery will be needed on the following subjects: whether the individual defendants violated Plaintiff's constitutional rights and whether the police department has a policy of violating constitutional rights.
   Defendant Sailsbery proposes: Discovery will be needed as to the following subjects: (1) Each individual defendant's personal participation, if any, in the alleged civil rights violations; (2) to what extent, if any, the police department had a policy of violating constitutional rights at the time plaintiff's alleged incident; (3) Plaintiff's alleged damages including, but not limited to, her alleged psychiatric and mental distress damages; (4) and plaintiff's alleged pre-existing psychiatric conditions.

   a. Disclosures pursuant to Pursuant to FED. R. CIV. 26(a)(1) to be made by July 1, 2016. Defendant Sailsbery proposes: July 15, 2016.

   b. Fact discovery to be commenced in time to be completed by December 31, 2017. Defendant Sailsbery proposes: February 28, 2017.

   c. Parties disagree on the expected number of depositions. Plaintiff anticipates the parties will need approximately 15-20 depositions, Defendants Sauk Village and Sailsbery anticipate the need for 8-10.

   d. Reports from retained experts under Rule 26(a)(2) due: 1/31/17
      Date for plaintiff to comply with FRCP(26)(a)(2): 3/1/17
      Date for defendant to comply with FRCP(26)(a)(2):3/1/17
      All expert discovery to be completed by May 1, 2017.

   e. All potentially dispositive motions should be filed by June 15, 2017.
   f. Final pretrial order: Plaintiff to prepare proposed draft by November 1, 2017; parties to file joint final pretrial order by November 15, 2017.

   g. The case should be ready for trial by January 1, 2018, and at this time is expected to take approximately two weeks.

4. **Settlement**. At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff(s) is directed to make a written settlement demand to the defendant(s). At least 7 days prior to the scheduling conference defendant(s) is to respond in writing to the plaintiff(s) settlement demand.

5. **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.

Date: June 15, 2016

Respectfully Submitted,

s/ Jeanette Samuels
One of Plaintiff's Attorneys

SAMUELS & ASSOCIATES, LTD.
3440 S. Cottage Grove, #504
Chicago, IL 60616
T: 872-588-8726
E: sam@jsamlaw.com

2